

*10492 88334*

In the District Court of _Cleveland_ County
State of Oklahoma

_William L. Harding_ )
Plaintiff )
)
vs. )
)
_Oklahoma Dept. of Correction_ )
_Joseph Harp Furniture Factory_ )
_Athony Wiechse, ALex_ )
_Lunn, Kieth Wells_ )
Defendant(s) )

Case No. _CJ-2021-487_
(To be entered by Court Clerk)

STATE OF OKLAHOMA } S.S.
CLEVELAND COUNTY }

**FILED**

MAY 20 2021

In the office of the
Court Clerk MARILYN WILLIAMS

### Petition

Comes now the Plaintiff, _William L Harding_, and alleges to the Court as follows:

1. The Plaintiff, (full name) _William Lee Roy Harding_, is an inmate confined in the penal facility located at (mailing address) _P.O.BOX 548_ _Lexington Oklahoma 73051_.

2. The Plaintiff is a resident of the State of Oklahoma and has been for _9_ years.

3. (a) The Defendant, (name of first defendant) _Athony Wiechee_ is employed as (position and title, if any) _____. The Defendant's employment address is (mailing address) _3400 MLK Ave_ _OKC. OKla 73111_.

   At the time the claim(s) alleged in this complaint arose, was this Defendant acting under Color of state law? _X_ Yes, or, _____ No. If answer is 'yes', briefly explain: _Athony Wiechee was the top Fore-men at Joseph Harp Correction Furnit-ure Factory and held athourity over inmates there_

3. (b) The Defendant, (name of second defendant) _ALex Lunn_ is employed as (position and title, if any) _____. The Defendant's employment address is (mailing address) _3400 MLK Ave_ _OKC OKla 73111_.

   At the time the claim(s) alleged in this complaint arose, was this Defendant acting under color of state law? _X_ Yes, or, _____ No. If your answer is 'yes', briefly explain: _ALex Lunn was a director over Furniture Factory at Joseph Harp Corr-_

**Exhibit 1**
**Plaintiffs Petition  01**

ection Faernitnre Factory and has
athority over inmates there

**Note:  Attach additional pages to furnish the information above on each defendant.** SEE Att.
pag 1 of

4.   Jurisdiction:   42 usc - 1981   employment
discrimination and Equal Pay Act. State
and federal Question

5.   Venue:   Jury

6.   Briefly state the facts of the case:   ~~Briefly Before~~
Petitioner was racialy discriminated against
by the defendants in various ways, he
was never paid over time for any hours
worked 40 hrs per week and he was retaliated
against for filing complaints at the
Starke 3 federal Level 3 ultimently fired as a
result.

7.   (a)   The Plaintiff alleges that the following constitutional rights, privileges or immunities have
been violated:  (List and designate each count separately).
SEE. Attachment Page ~~@@@@@~~
~~Domman~~ Statement of Claim
pgs  4 of 4   (eea Claims

(b)   The following facts support the allegation above:  (List and designate each count separately).
SEE: Equal Employment Opportunity
Commission pages 1of 7 - 7of 7

**Exhibit 1**
**Plaintiffs Petition  02**

8.  I have filed other lawsuits in state or federal court dealing with the same facts involved in this action. _X_ Yes, or, ~~☒~~ No.  If the answer is 'yes', describe each lawsuit.  (Please attach additional copies of the petition(s) and/or requests for administrative relief). *Chapter 7 in West Dist of Okk., filed at same time*

(a)  Parties to the previous lawsuit: *Okl. Dept of Corrections, Joseph Harp Furniture Facs*

Plaintiff(s): *Anthony Wischrel, Alex Lunn, Kicll Wells,*

Defendant(s): *William C. Harding*

(b)  Name of court and case number: *West District of Oklahoma*

(c)  Case status:
_X_ Pending
___ Relief granted
___ Action dismissed
___ On appeal
___ Other, please specify:
_____
_____
_____

(d)  Issues presented: *Same*
_____
_____

(e)  Date of filing: *Same time*

(f)  Date of Disposition: *Open*

9.  I have sought informal or formal relief from the appropriate administration officials regarding the acts stated in allegation 8 of this Petition. _X_ Yes, or, _____ No.  If your answer is 'yes', briefly describe how relief was sought and the outcome of the proceedings.  If your answer is 'no', briefly explain why administrative relief was not sought. *See ~~☒~~. Exibit "A" pg 1-11 also Exibit "B" pg 1-11 & Blgl*
_____
_____
_____
_____

10.  Relief requested: *$2,500,000, plus punitive*

**Exhibit 1**
**Plaintiffs Petition  03**

damages, back over time pay, back pay,
forward pay and any other relief that
the court may deem acceptable plus sanctions
to insure that this type of discrim-
ination ceases in all of Department of Corrections
" O C I "

11.  Have you brought any lawsuits in state or federal court within the last ten (10) years?
_X_ Yes, or, _____ No.  If your answer is 'yes', a sworn affidavit listing the litigation and the
outcome of the litigation must be attached.

12.  I am representing myself.  _X_ Yes, or, _____ No.  If your answer is 'no', please explain.

_____

_____

_____

Plaintiff's signature

P.O. Box 548
Plaintiff's address

Lexington OK

AOC Form 7
Revised 3/13

**Exhibit 1**
**Plaintiffs Petition  04**

# SWORN AFFIDAVIT

STATE OF OKLAHOMA          )
COUNTY OF CLEVELAND        )

I, William L. Harding , residing at **Joseph Harp Correctional Center, P.O. Box 548, Lexington, OK 73051-0548,** being of lawful age, sound mind and memory and having been duly sworn, hereby depose and state that the following facts are true and correct to the best of my knowledge and belief:

1. I William L Harding Have filed the following
law suits in the last 10 years: William L
2. Harding -V- Watch Tower Bible and Tract Social of NY,
et Al Case No. CJ-2020-539; Cleveland Co. Okla; -
3. Still pending. William L. Harding -V- Robot Cousase
et al Case No. CIV-15-311R; Weslou Dist of Oklahoma;
4. dismissed; William L. Harding -V- Officer Stevens,
Joseph Harp Correctional Cent + Case No. CIV15-315-R
5. West. Dist of Okla. dismissed these are the law
suits i remember to the best of my knowledge
6. i do not have all of my records before me

**AFFIANT FURTHER SAYETH NAUGHT.**

Dated: May 4th 2021

/s/
Signature of Affiant

Subscribed and sworn to me, the undersigned Notary Public in and for the County of Cleveland and the State of Oklahoma, by  William Harding  on this  4  day of  May , 20 21 . The Affiant's identification has been verified by his *Oklahoma Dept. of Corrections issued identification card* which is capable of accurate determination by source whose accuracy cannot reasonably be questioned. See: *12 O.S. §2202*.

/s/  Donna Blackman
Notary Public

DONNA BLACKMAN
NOTARY
# 12002230
EXP. 03/07/24
STATE OF OKLAHOMA
PUBLIC

Page 1 of 1

**Exhibit 1**
**Plaintiffs Petition  05**

Attachment Pages                    1of2

3 c, Defendant: Kieth Wells

1616 Moffat Road

Lexington OK. 73051

Color of State Law: yes

Kieth Wells is a floor Super-

visor at Joseph Harp Furniture Factory

and has authority over inmates.


3. d, Defendent: Oklahom Department of

Corrections:

3400 MLK Ave

OKC. OKla   73111

Color of State Law: yes

The Department of Corrections is

the corporations that employs

Athony Wiechec, Alex Lunn & Kieth Wells


3. e   Joseph Harp Furniture Factory

1616 Moffat Road

Lexington OK. 73051

Color of Law: yes

The Joseph Harp Furniture Factory

is a incorporated entity owned by

Oklahoma Department of Correction

**Exhibit 1**
**Plaintiffs Petition 06**

Attachment Pages                                    2 of 2

that employs inmates by the hour and as independent contr-actors and issuse W-1099 tax forms for tax purposes.

**Exhibit 1**
**Plaintiffs Petition  07**

Attachment Page                    1 of 4

## Statement of Claims

No 1: racial discrimination; I was laid off and ultimently fired by Anthony Wiechec and Alex Lunn for speaking up for myself against an acusation for hobby crafting. While being African American, when others that are white did not suffer the same fate for speaking up for themselves.

No 2: Defamation; On 3-9-2020 in a production meeting Anthony Wiechec defamed & humiliated myself & my character in front of my work peers which were all white other than Alfred Poolaw, which is Native American, demeaning for several minutes with the intent to embarras, shame & harras me in front of others while Keith Wells sat there an watched.

No 3: Retaliation; After work on

**Exhibit 1**
**Plaintiffs Petition  08**

## Attachment Page                          2 of

3-9-2020, at the security gate i was told by officer Jaqures that i was not to come back to work for one week that i was laid in by Anthony Wiechec. This was done in retaliation for me speaking up for myself at the production meeting. On 3-11-2020 I filed a complaint Request to Staff No 54CC-12575 and later to the Attorney General and EEOC. The end result was that i was terminated on 6-15-2020 without ever returning to work.

No 4. No overtime pay: During my entire time working at Joseph Harp Furniture factory i was never paid overtime for the hours worked over 40 hrs per week as required by state and Federal laws My time sheets will prove this claim.

**Exhibit 1**
**Plaintiffs Petition 09**

Attachment Page                                    3 of 4

No. 5. Hostile Work enviroment:
Anthony Wiechec instructed personal
of all levels to report to him if
they saw anything that they deem-
ed to be extra work, sid jobs, aka-
hobby craft. Creating a hostile work
enviroment, because he & Alex Lunn
had people doing personal hobby —
craft for themselves including my self
the petitioner William L. Harding.
Anthony Wiechec favortism over one
nationality over another whin to his
advantage

No. 6. Cat Paw Theory: Anthony Wie-
chec, Alex Lunn & Keath Wells took
under advisement and made personal
decisions based off the direction
of certain white personal at the
furniture factory at Joseph Harp.
Allowing them to dictate whom
was hired, what positions they
would work & how much they were
to be paid.

**Exhibit 1**
**Plaintiffs Petition  10**

4 of 4

At one time i was elected
become shoppe lead man. After
a day or two of the annouce-
ment, Kieth Wells ask me if i
would allow some else to —
take the position, after a brief
discusion there was an agreement
made, that if i did so, my self
and Wade Edwards would both be
maved out on pay to .65¢ an
hour, which we both were with
in the next week or so.
    Afterwards i was told by
other personal, that certain white
personal approache Keith Wells,
saying a "black" floor lead was
not what was wanted by them
and others, which the majority
of the furniture factory is white
& all of the department of —
Correction Furniture factory personel
is white.

Respetfully
Sildel O. Hoorsly

**Exhibit 1**
**Plaintiffs Petition  11**

-26-2020   To: Equal Employment Opportunity Commission 1/@ 7

RE:1 Racial Discrimination

2. Retaliation

3 Violations of:

1. 14th Amend - Equal protection

2. 2nd Amend - Freedom of speech

3. 1st Amend

4. Defamation

5. Hostile Work environment

6 Cat Paw theory

I William L. Harding Doc# 234-134 Being Incarcerated at Joseph Harp Correction Center in Lexington Okla. Being employed by Oklahoma Correction Industries " Furniture Factory (Please see Tax Form 1099 enclosed)

On or about March 9th 2020 in a production Meeting Anthony Wiechec defamed my character in front of my work peers all being white except myself & one native American, with the intent to embarras & slander my name. Shop Supervisor Keith Wells was present also, but only put his

**Exhibit 1**
**Plaintiffs Petition  12**

head down & shook it as if to suggest his disagreement in what was being said & done. Yet Keith Wells refused to do anything to stop Anthony Wiechec.

I then spoke up for myself. Stating that i followed the guide lines put out by Anthony Wiechec. Anthony Wiechec stated that he would talk to me about the issue later. The rest of the work day went by with Anthony Wiechec speacking to me. When i clocked out at the end of the day Officer Sagers told me i was not to come back to work for one week, he further stated i knew the reason why! "I did not"

That day or the next i filed a request to staff that went to Alex Lueen. "Copy enclosed" A week later i went back to work at that time Anthony Wiechec told me that i could not come back to work per Alex Lueen

**Exhibit 1**
**Plaintiffs Petition 13**

Drector of "OCI" Okla. Correction Industries because i filed paper work "Request to Staff" & that there was an investigation going on into my allegations against Athony Wiechec. "Yes i was laid in because Athony Wiechec & Alex Lunn was being investigated. I have not been allowed to return to work since.

There are at least three other White inmates that have cussed Athony Wiechec out in front of other inmates & staff with nothing being done to them at all.

I was not only laid in, but also Anthony Wiechec took 12% of my pay. Which not only doble jepordy but is not part of the OCI policy.

In a company meeting after i was not allowed to come back to work Athony Wiechec told all the Inmate & staff employees that i was laid in because i talked back to him. "I am a man not a Slave.

**Exhibit 1**
**Plaintiffs Petition  14**

At some point I spoke with Stephanie Mills and Matt Perry of Internal Affairs through my case Manager Debbie Mills, they stated that Anthony Wiechec was being investigated & assured me that they had nothing to do with me being not able to go back to work during thier investigation.

The other subject matter has to do with a work bench that i built. Anthony Wiechec claims that it is hobby craft. Which it was not. At any rate Anthony Wiechec ask me to make him 6 sewing trays & a cutting board for his personal use " gifts to his Grand Kids he agreed to pay me one dozen apple frittas from daylight donuts. He paid the first dozen but did not pay the rest. Anthony Wiechec at Somr told certain Inmates that

**Exhibit 1**
**Plaintiffs Petition  15**

7
566

laid me in because of the bench. Athony Wiechec can not ask me to hobby crafted for him personally then punish me for the same thing. I believe Anthony Wiechec & Alex Cureer has done these things because a black man has stood up for his rights. I am or was the only BLACK Lead man in the whole factory. I was at one time elected by Chris Blount to take his place as floor lead but white Inmate convinced Athony Wiechec & Keith Wells not to allow me to have the position, not wanting a BLACK MALE as Shop Floor Lead.

As far as the hobby craft Athony Wiechec was approached by Inmate Joshua Ray to buy some of his hobby craft that he had built at the Furniture Factory but nothing at all was done to him which is a white.

**Exhibit 1**
**Plaintiffs Petition  16**

In fact Anthony Wiechec gave Joshua Ray permission to build plaque for various groups in which he was compensated for by said groups. He Josh Ray sold his hobby craft to one of the furniture factory staff members with out any reprecussions from Anthony Wiechec.

Stephanie Mills & Matt Perry interviewed some inmates that made recorded statement that will verify my claims. There are others that will do the same, but i can request this for fear of more retaliation on myself & them.

Enclosed are copies of paper work to show whom was at the production meeting on March 9th 2020. I can also give you the name of the three white inmates that cussed out Athony Wiechec in the presente of other inmates & staff

Please return
Stamped Filed
Copy

Respectfully Submitted
William C Harding

234-1

**Exhibit 1**
**Plaintiffs Petition  17**

7 of 7

I can not go around asking for statement because there is a chance not only of other inmate attempting extorser but also telling Anthony Wiechec what i am doing before i get thing filed, also they may be able to charge me with inciting a riot.

There are other issues about wages once Anthony Wiechec & Alexx Lunce had me work on personal projects that were not for the state or state Agencies they broke their agreement that the State & goverment meaning they should have been pay at least minimum wages according to trade not the 25¢ – 60¢ a hour that pay us at the Furniture Factory They have had me do thousands of dollars worth of work for their personal homes & family members which as i know now is illegal. From serving tray, reloading table to custom Auirodac lawn chairs at the state expense

Respet Sully

William Chappbell by 23#-1

**Exhibit 1**
**Plaintiffs Petition 18**

OKLAHOMA CITY AREA OFFICE
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
215 DEAN A. McGEE AVENUE, SUITE 524
OKLAHOMA CITY, OKLAHOMA 73102

OFFICIAL BUSINESS

Exhibit A

U.S. POSTAGE >> PITNEY BOWES

OKLAHOMA CITY O

'31 MAR 2021 PM 4

ZIP 73102 $ 000.51⁰
02 4W
0000360959 MAR. 15, 2021

DSMW3542' 3 Notice of Right

$21.01

730518∈548 B050

**Exhibit 1**
**Plaintiffs Petition  19**

Charge of Discrimination

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
215 DEAN A McGEE AVENUE, SUITE 524
OKLAHOMA CITY, OKLAHOMA 73102

OKLAHOMA CITY AREA OFFICE

OFFICIAL BUSINESS

Exhibit A

OKLAHOMA CITY OK 730

28 JAN 2021   PM 4 L

73051-054848

Mr. William Harding, Inmate # 234134
P.O. Box 548   JHCC   D-1-117
Lexington, OK   73051

Mailed from Jail
Privileged Mail

20/18

Exhibit 1
Plaintiffs Petition   20



EXIBIT: A



OFFICE OF CIVIL RIGHTS ENFORCEMENT

## EMPLOYMENT
### DISCRIMINATION COMPLAINT

You must complete this Complaint form and the accompanying Intake Questionnaire and return both documents to the address, email or fax number listed below **within 180 days** of the last incident of employment discrimination, harassment or retaliation. Pursuant to Oklahoma law, a copy of the Complaint will be sent to the employer. The Intake Questionnaire is for OCRE use only and will remain confidential during the investigation. Oklahoma law prohibits employers from engaging in retaliation against individuals who exercise their right to file a complaint.

| GENERAL INFORMATION | |
|---|---|
| **YOUR INFORMATION:** | **EMPLOYER INFORMATION:** |
| Full Name: <br> William L. Harding | Employer Name: Department of Correction <br> Okla Correction Industrial |
| Street Address: <br> JHCC-D1-117 | Street Address (**where you actually worked**): <br> Box 548 |
| City, State, Zip Code: <br> Lexington Okla 73051 | City, State, Zip Code: <br> Lexington Okla 73051 |

### EMPLOYMENT DISCRIMINATION BASIS

I have been discriminated against because of my (check all that apply):

☑ Race   ☑ Color   ☐ Religion   ☐ Sex   ☐ Pregnancy   ☐ Age   ☐ National Origin   ☐ Disability   ☑ Genetic Information

☑ Retaliation      Did the discrimination include unwelcome and/or offensive harassment?  ☑ Yes  ☐ No

Did the discrimination include sexual harassment?  ☐ Yes  ☐ No

Date (month, day, and year) when the last incident of discrimination, harassment, or retaliation occurred: 3-18-2020

Full name and job title of each person involved in the discrimination, harassment, or retaliation: Anthony Wrechec, Alex Cuvin, Kieth Wells

I swear and affirm that the foregoing information is true to the best of my knowledge, information, and belief.

Complainant's Signature          Date  July - 22 - 2020

--------------------------------------------------------------------

### OKLAHOMA ATTORNEY GENERAL
### OFFICE OF CIVIL RIGHT ENFORCEMENT

**OKLAHOMA CITY OFFICE (Main):**
313 N.E. 21st Street
Oklahoma City, Oklahoma 73105
Office (405) 521-3921
Fax (405) 521-6246

**TULSA OFFICE:**
15 W. 6th Street, Suite 1000
Tulsa, Oklahoma 74119
Office (918) 581-2342
Fax (918) 938-6348

**EMAIL:**
ocre.complaints@oag.ok.gov

**Exhibit 1**
**Plaintiffs Petition 21**  3/1



# OFFICE OF CIVIL RIGHTS ENFORCEMENT

### EMPLOYMENT DISCRIMINATION INTAKE QUESTIONNAIRE

To facilitate the evaluation and investigation of your Complaint, you must answer all of the questions below completely. You may attach additional pages if needed to complete your responses. If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, please write "N/A." PLEASE PRINT CLEARLY.

### THIS INTAKE QUESTIONNAIRE WILL <u>NOT</u> BE SENT TO THE EMPLOYER.

**1.  Additional Personal Information**

Phone Numbers: Home: (_____) _____ Work: 405 527-5593 X 8432

Cell: (_____) _____ Email Address: Vernon.Jones@doc.ok.gov

Date of Birth: 12-28-64   Sex: ☑ Male ☐ Female   Do You Have a Disability? ☑ Yes ☐ No

**Please answer each of the next three questions.**   i. Are you Hispanic or Latino? ☐ Yes ☐ No

ii. What is your Race?   Please choose all that apply. ☐ American Indian or Alaskan Native ☐ Asian ☐ White
☑ Black or African American ☐ Native Hawaiian or Other Pacific Islander

iii. What is your National Origin (country of origin or ancestry)? _____

**Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:**

Name: Vernon Jones   Relationship: Case manager II
Address: ☒ PO Box 548   City: Lexington   State: OK   Zip Code: 73051
Home Phone: (_____) _____ Other Phone: 405 527-5593 X 8432

**2.  I believe that I was discriminated against by the following organization(s):** (Check those that apply)

☑ Employer ☐ Union ☐ Employment Agency ☐ Other (Please Specify) _____

**Organization Contact Information** (If the organization is an employer, provide the address where you actually worked. If you work from home, check here ☐ and provide the address of the office to which you reported.) If more than one employer is involved, attach additional sheets.

Organization Name: Oklahoma Correction Industries "ODOC"
Address: _____ County: Cleveland
City: Lexington   State: OK   Zip: 73051   Phone: (_____) _____
Type of Business: Furniture Fac   Job Location if different from Org. Address: Joseph Harp Correction Cen
Human Resources Director or Owner Name: _____ Phone: (_____) _____

Number of Employees in the Organization at All Locations: Please Check (√) One
                                                    WLH
☐ Fewer Than 15   ☑ 15 – 100   ☐ 101 – 200   ☑ 201 – 500   ☐ More than 500

**Exhibit 1**
**Plaintiffs Petition  22**   4 of 17

3. **Your Employment Data** (Complete as many items as you are able.) Are you a federal employee? ☐ Yes ☑ No

Date Hired: _8-8-17_ Job Title At Hire: _Hard Wood Chair Lead_

Pay Rate When Hired: _30¢ @ hr._ Last or Current Pay Rate: _60¢ @ hr_

Job Title at Time of Alleged Discrimination: _Chair lead_ Date Quit/Discharged: _3-9-2020_

Name and Title of Immediate Supervisor: _Kielly Wells_

If Job Applicant, Date You Applied for Job _____ Job Title Applied For _____

4. **What is the reason (basis) for your claim of employment discrimination?**
*FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next to Race. If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.*

☑ Race ☐ Religion ☐ Sex ☐ Pregnancy ☐ Age ☐ Disability ☐ National Origin ☑ Retaliation ☐ Color (typically a difference in skin shade within the same race). If you checked color, religion or national origin, please specify the color, religion, and/or national origin: _____

☐ Genetic Information—also check the type(s) involved: ☐ Genetic Testing ☐ Genetic Services ☐ Family medical history.

If you checked genetic information, when did the employer receive the genetic information? _____

Other reason (basis) for discrimination (Explain): _____

5. **What happened to you that you believe was discriminatory?** Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you. Please attach additional pages if needed.
*(Example: 10/02/06 – Discharged by Mr. John Soto, Production Supervisor)*

A. Date: _3-9-2020_ Action: _____

Name and Title of Person(s) Responsible: _Anthony Winchec_

B. Date: _3_ Action: _Laid in for one week_
_12% of pay taken from my salary hr wages_

Name and Title of Person(s) Responsible _Anthony Win chec; Industrial Coordinator_

6. **Why do you believe these actions were discriminatory?** Please attach additional pages if needed.
_please Attached pages noted 1 of 7_

**Exhibit 1** 5/ 1R

**Plaintiffs Petition  23**

7. What reason(s) were given to you for the acts you consider discriminatory?   By whom?  His or Her Job Title?

Please See attached pages Noted 1 of 7 —
1-7

8.   Describe who was in the same situation as you and how they were treated.  For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance?  Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination.  For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on.  Use additional sheets if needed.

Of the persons in the same situation as you, who was treated **better** than you?

| Full Name | Race, sex, age, national origin, religion or disability | Job Title | Description of Treatment |
|---|---|---|---|
| A. Stacy Montoya | White | Office Clerk | No Action taken |
| B. Marcus Clancy | White | Office Clerk | No Action taken. See attached pages noted 1 of 7 |

Of the persons in the same situation as you, who was treated **worse** than you?

| Full Name | Race, sex, age, national origin, religion or disability | Job Title | Description of Treatment |
|---|---|---|---|
| A. None | | | |
| B. | | | |

Of the persons in the same situation as you, who was treated **same** as you?

| Full Name | Race, sex, age, national origin, religion or disability | Job Title | Description of Treatment |
|---|---|---|---|
| A. Octaveale Guedane | "Cajun" Birk | Drawer Lead | laid in one week 17% pay taken demoted to Janitit |

mr. Guedane did not file a complaint & was allowed to return to work with demotion

**Exhibit 1**
**Plaintiffs Petition  24**

Answer questions 9-12 <u>only</u> if you are claiming discrimination based on disability. If not, skip to question 13. Please tell us if you have more than one disability. Please add additional pages if needed.

9. Please check all that apply:
☐ Yes, I have a disability
☐ I do not have a disability now but I did have one
☐ No disability but the organization treats me as if I am disabled

10. What is the disability that you believe is the reason for the adverse action taken against you? Does this disability prevent or limit you from doing anything? (e.g., lifting, sleeping, breathing, walking, caring for yourself, working, etc.).

_____
_____
_____

11. Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?
☐ Yes ☐ No   If "Yes," what medication, medical equipment or other assistance do you use?

_____
_____

12. Did you ask your employer for any changes or assistance to do your job because of your disability? ☐ Yes ☐ No

If "No," please explain why not: _____
_____

If "Yes," when did you ask? _____ How did you ask (verbally or in writing)? _____

Who did you ask? (Provide full name and job title of person): _____

Describe the changes or assistance that you asked for: _____
_____
_____

How did your employer respond to your request? _____
_____
_____

13. Are there any witnesses to the alleged discriminatory incidents? If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response)

| Full Name | Job Title | Address & Phone Number | What do you believe this person will tell us? |
|---|---|---|---|

A. Wade Edwards "Hardwood" Box 548 Lexington Okla that: was discriminated against. Statement enclose

B. Alfred Padan "Warehouse lead" Box 548 Lexington O that: did nothing wrong? WAS discriminated agai

C. Lesley Stevens "Order Clerk" Box 548 Lexingto. OK "Not Know"

D. Rose Hanley Office Clerk Box 548 Lexington Okla Not Know; See reams on Exibit A1/cover sheet for production meeting

Employment Discrimination Complaint
Page 4 of 5

**Exhibit 1**
**Plaintiffs Petition  25**

14. What other evidence do you have (check all that apply)?  ☐ Email  ☐ Text Messages  ☐ Notes  ☐ Audio Recordings
☐ Video Recordings  ☐ Journal, Diary, or Calendar Entries  ☐ Social Media Posts  ☑ Other (list and describe: _____
*See attached pages 1 of 11*

15. Have you filed a charge of discrimination on this matter with the EEOC or another agency?  ☑ Yes  ☐ No

16. If you filed a charge or complaint with another agency, provide the name of agency and the date of filing:
*EEOC June 26 - 2020 mailed to*

17. Have you sought help about this situation from a union or any other source?  ☑ Yes  ☐ No
Provide name of organization, name of person you spoke with, and date of contact. Results, if any?
*See attach pages noted 1 of 11*        *No results*

18. Have you filed a claim for unemployment benefits with the Oklahoma Employment Security Commission?
☐ Yes  ☑ No

19. Have you retained your own attorney to help you with this matter?  ☐ Yes  ☑ No   If "Yes," please give the name
and contact information:

I swear that the information set forth above is true and correct to the best of my knowledge, information, and belief:

_____          _____ July 22 2020_____
Complainant's Signature                              Date

**Exhibit 1**
**Plaintiffs Petition  26**

EEOC Form 161 (11/2020)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

To:   William L. Harding, #234134
      P.O. Box 548
      JHCC D-1-117
      Lexington, OK 73051

From:   Oklahoma City Area Office
        215 Dean A. McGee Avenue
        Suite 524
        Oklahoma City, OK 73102

|  | On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a)) |
|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 564-2020-01626 | James E. Habas, Investigator | (405) 666-0367 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ]   The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]   Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ]   The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ]   Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X]   The EEOC issues the following determination: The EEOC will not proceed further with its investigation, and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

[ ]   The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[X]   Other (briefly state)   Charge of Discrimination not signed and returned.

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit must be filed <u>WITHIN 90 DAYS</u> of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.

On behalf of the Commission

ADRIAN MCDANIEL

Digitally signed by ADRIAN MCDANIEL
DN: c=US, o=U.S. Government, ou=Equal Employment
Opportunity Commission, cn=ADRIAN MCDANIEL,
0.9.2342.19200300.100.1.1=45001002824715
Date: 2021.03.26 11:23:45 -05'00'

3-26-2021

Enclosures(s)

For:   Holly Waldron Cole,
       Area Office Director

*(Date Issued)*

cc:   Samantha Robb
      Employee Rights
      OKLAHOMA DEPARTMENT OF CORRECTIONS
      3400 N. Martin Luther King Blvd
      Oklahoma City, OK 73111

**Exhibit 1**
**Plaintiffs Petition 27**



OFFICE OF ATTORNEY GENERAL
STATE OF OKLAHOMA

July 22, 2020

Oklahoma Department of Corrections
PO Box 548
Lexington, OK 73051

      Re:    **William Harding v. Oklahoma Department of Corrections**
            **OCRE Complaint No. CR-20-0095-E**
            **EEOC Charge No. 564-2020-01526**

To Whom It May Concern:

    This letter constitutes notice that on July 22, 2020, the Office of Civil Rights Enforcement ("OCRE") received the enclosed **Employment Discrimination Complaint**.

    We have confirmed the Complainant also filed the allegations of discrimination with the U.S. Equal Employment Opportunity Commission ("EEOC"). Since the Complainant also filed with the EEOC, we allow the EEOC to take the lead on the investigation and handle this matter. Our desire is to avoid duplicating investigative efforts and creating unnecessary additional work and expense for all parties involved. In the event the parties resolve this matter, please provide this office with a copy of the Settlement Agreement for our approval.

    Please feel free to call me with any questions or concerns you may have.

                       Sincerely,

                       Kara I. Smith
                       Chief Assistant Attorney General
                       Chief, Office of Civil Rights Enforcement

KIS/bnj
Enclosures: Complaint, Retaliation Notice, Conciliation Notice

cc:    William Harding w/enc.

♲ recycled paper

**Exhibit 10**

**Plaintiffs Petition  28**

CR-20-0095-E



OFFICE OF CIVIL RIGHTS ENFORCEMENT

**EMPLOYMENT**
DISCRIMINATION COMPLAINT

RECEIVED
JUL 22 2020
Oklahoma Attorney General
Office of Civil Rights Enforcement

You must complete this Complaint form and the accompanying Intake Questionnaire and return both documents to the address, email or fax number listed below **within 180 days** of the last incident of employment discrimination, harassment or retaliation. Pursuant to Oklahoma law, a copy of the Complaint will be sent to the employer. The Intake Questionnaire is for OCRE use only and will remain confidential during the investigation. Oklahoma law prohibits employers from engaging in retaliation against individuals who exercise their right to file a complaint.

| GENERAL INFORMATION | |
|---|---|
| **YOUR INFORMATION:** | **EMPLOYER INFORMATION:** |
| Full Name: *William L. Harding* | Employer Name: *Department of Correction* *Okla Correction Industries* |
| Street Address: *JHCC-D1-117* | Street Address (where you actually worked): *Box 548* |
| City, State, Zip Code: *Lexington Okla 73051* | City, State, Zip Code: *Lexington Okla 73051* |

**EMPLOYMENT DISCRIMINATION BASIS**

I have been discriminated against because of my (check all that apply):

☑ Race  ☑ Color  ☐ Religion  ☐ Sex  ☐ Pregnancy  ☐ Age  ☐ National Origin  ☐ Disability  ☑ Genetic Information

☑ Retaliation          Did the discrimination include unwelcome and/or offensive harassment?  ☑ Yes  ☐ No

                       Did the discrimination include sexual harassment?  ☐ Yes  ☐ No

Date (month, day, and year) when the last incident of discrimination, harassment, or retaliation occurred: *3-18-2020*

Full name and job title of each person involved in the discrimination, harassment, or retaliation: *Anthony Wrechie, Alex Lunn, Keith Wells*

I swear and affirm that the foregoing information is true to the best of my knowledge, information, and belief.

Complainant's Signature          Date *July - 22 - 2020*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**OKLAHOMA ATTORNEY GENERAL**
OFFICE OF CIVIL RIGHT ENFORCEMENT

**OKLAHOMA CITY OFFICE (Main):**
313 N.E. 21st Street
Oklahoma City, Oklahoma 73105
Office (405) 521-3921
Fax (405) 521-6246

**TULSA OFFICE:**
15 W. 6th Street, Suite 1000
Tulsa, Oklahoma 74119
Office (918) 581-2342
Fax (918) 938-6348

**EMAIL:**
ocre.complaints@oag.ok.gov

**Exhibit 1**
**Plaintiffs Petition  29**

*EXIBIT "B"*

## Must Be Submitted Through the Law Library or Designee
### Inmate/Offender Grievance Process
### REQUEST TO STAFF

Alex Lunn

TO: _Mr Petti grew Warden_   FACILITY/UNIT: _JHCC_   DATE: _3-14-20_
(NAME AND TITLE OF STAFF MEMBER)   _JHCC 125 75_

I have ____ have not __X__ already submitted a "Request to Staff" or grievance on this same issue.
If yes, what date: _____   facility: _____   grievance #: _____
I affirm that I do ____ do not __✓__ have a grievance pending on this issue.
I affirm that I do ____ do not __✓__ have a lawsuit of any type pending that relates in any way to this issue.
If a lawsuit is pending, indicate case number and court: _____
This request _____ does __X__ does not relate to a pending misconduct report. If it does, this request may only be answered by the disciplinary coordinator assigned to the misconduct.

**SUBJECT:** State completely, but briefly, the problem on which you desire assistance. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per "Request to Staff." Your failure to specifically state your problem may result in this being returned unanswered.

I was layed in for one week for bilding a bench at OCI FF by Anthony W. ie which by called hobby craft. Yet where Anthony W. First Started working as Head of Furn Fact he had me make as _over →_

(USE OTHER SIDE IF MORE SPACE IS NEEDED. DO NOT ATTACH ADDITIONAL PAGES.)

**ACTION REQUESTED:** State exactly how you believe your request may be handled; that is, what exactly should be done and how. To be fully paid for items made for Anthony W. placed or recieve position of chair lead, paided for all days ladin the rate of pay for serving 3 cutting boards to be $50.00 each

NAME: _William L. Harding_   DOC NUMBER: _234134_   UNIT & CELL NUMBER: _D-1-117_
(PRINT)
SIGNATURE: _William L Harding_   WORK ASSIGNMENT: _JHCC - F.F_

### DO NOT WRITE BELOW THIS LINE

**DISPOSITION:**
Mr. Harding, you are not allowed to return to work during the investigation of this request. The investigation is currently being handled by OIG. You will be notified of any change.

_Alex Lunn, Acting Director_   03-19-2020   **JHCC**
STAFF MEMBER   DATE   **WARDEN'S OFFICE**

MAR 1 2 2020

Date response sent to inmate/offender: _3-19-20_
1. Original to file
2. Copy to inmate/offender

DOC 090124D (R 4/19)
**RECEIVED**

**Exhibit 1**
**Plaintiffs Petition 30**

He stated serving trays for his grandchildren
in the Holidays. He agreed to pay me 1 dozen
Daylight Donuts Apple fritters for each one Board
I made him 6 serving trays ? 1 cutting board
which he brought me in 1 dozen Apple
fritters from Daylight Donuts, What Anthony W. claimed
was hobby craft had been in the shop for over 4-
months prior to him saying anything about. Furthermore
it could not be taken to the unit to constitute
it as hobby craft. Anthony W. layed me in with-
out cause and has threatened to reduce my pay
by 12% or 5¢ @ hour. Which if there was cause
it would be double jepardy being punished
twice for the same alledged offense. Further-
more, a certain inmate attemped to sell
Anthony W. his hobby craft work, yet he was
not layed in for that so called offense. I have
made "built" custom hobby craft items from reload-
ing tables to Aubronedal Chairs for Alex in OKC
Headquarters, It seems to be that if i hobby
craft for there gain it is fine, But, if a person
does something for themselves it is for biden
which violates the 14ᵗʰ Amendment " equal protection
under the law. Other than speaking up for myself
when being degraded by Anthony W. i
did nothing wrong. Furthermore Anthony W. would not
or did tell me i was laid in but had Sgt
Jagers tell me on my way out the OCI aple
this all occured on 3-10-20, But there bench
was noticed by Anthony W during the last lock
down ? there was no incedent reports.

**Exhibit 1**
**Plaintiffs Petition 31**

Must Be Submitted Through the Law Library or Designee
Inmate/Offender Grievance Process

## REQUEST TO STAFF

TO: _Supervisor of Alex Lunn_   FACILITY/UNIT: _JHCC-D1-117_   DATE: _3-18-20_
(NAME AND TITLE OF STAFF MEMBER)   _JHCC 126.10_

I have __X__ have not _____ already submitted a "Request to Staff" or grievance on _____ same issue.
If yes, what date: _3-__,____ facility: _JHCC_ _____ grievance
I affirm that I do ____ do not _____ have a grievance pending on this issue.
I affirm that I do ____ do not _____ have a lawsuit of any type pending that relates in any ____ to this issue
If a lawsuit is pending, indicate case number and court: _____
This request _____ does _____ does not relate to a pending misconduct report.  If it does, this
request may only be answered b the disci lina coordinator a ____ ned to the misconduct.

SUBJECT:   State completely, but briefly, the problem on which you desire assistance. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per "Request to Staff." Your failure to specifically state your problem may result in this being returned unanswered.

On 3-18-20 I returned to work (DCI FF) i was informed by Anthony Wiechec that Alex Lunn said that i could not return to work because of some investigation, Keith Wells also stated that i would not be in Hardwood Chair Dept
(USE OTHER SIDE IF MORE SPACE IS NEEDED.  DO NOT ATTACH ADDITIONAL PAGES.)   over →

ACTION REQUESTED: State exactly how you believe your request may be handled; that is, what exactly should be done and how. To be paid 10⁰⁰ a day for every day off, to stay as lead in Hardwood Chair Dept to be paid 75¢ an hour, a written apology from Anthony Wiechec, $50⁰⁰ for each piece i made for Anthony Wiechec, which is 7pcs

NAME: _William C. Harding_   DOC NUMBER: _234-134_   UNIT & CELL NUMBER: _D1-117_
(PRINT)

SIGNATURE: _[signature]_   WORK ASSIGNMENT: _JHCC FF_

### DO NOT WRITE BELOW THIS LINE

DISPOSITION

Mr. Harding, you are not allowed to return to work during the investigation of this request.
The investigation is currently being handled by OIG. You will be notified of any change.

_Alex Lunn, Acting Director_   _03-19-2020_
STAFF MEMBER                          DATE

Date response sent to inmate/offender _3-19-20_
1. Original to file
2. Copy to inmate/offender

DOC 090124D   4/19)

**Exhibit 1**
**Plaintiffs Petition  32**

If there is anyone to blame, or point me. Anthony Wiechec is the person that has violated my civil rights both my 14 amend & 2nd amend, equal protection & freedom of speech. There has been a least two other incidents where where office personal has cursed or raised their voice to Anthony Wiechec and nothing was done. As stated before another inmate offered to sell hobby craft work to Anthony with nothing done. All the above was done by White inmates. When offenses were done by African American inmates they alledged against to African American inmates they were laid in for 5 days & $5 per were taken from there checks. This is a blatant display of racial prejudice By Anthony Wiechec, which further shows to me why he has not paid me for the hobby craft work i did for him has stated in my last request t Staff. Furthermore Alex Lunn has no reason to refuse my return to work to Hardwood Chair Dept. For have designed & custom built several pieces for Alexs personal use; a reloading table that is worth at least $2,000.00 us that was sold for less than $100.00 us ea Adirondack Chairs in which none are on the show room floor per (Landon Langston). Athony Wiechec has, and is, creating a Hostle Work inviroment, by: Asking inmates to snitch on eachother, racial bias & padding hours, in which he did this last pay period.

s. I am willing to take a polygraph test to prove my case.

Respectfully Submitted

Exhibit 1
Plaintiffs Petition 33

SCOTT CROW
DIRECTOR



J. KEVIN STITT
GOVERNOR

### STATE OF OKLAHOMA
### OKLAHOMA DEPARTMENT OF CORRECTIONS
### ADMINISTRATIVE REVIEW AUTHORITY

ARA 20-128

Date:        APRIL 20, 2020

To:          HARDING, WILLIAM #234134

Location:    JHCC

From:        Mark Knutson, Director's Designee   *Mark Knutson*

Your grievance/correspondence was filed improperly for the following reason(s):

| X | | |
|---|---|---|
| X | 1. | No reviewing authority response to the grievance. |
| | 2. | No informal action, Request to Staff response included. |
| | 3. | Out of time from date of alleged incident until filing Request to Staff. |
| | 4. | Out of time from date of response to Request to Staff until filing the grievance with the reviewing authority. |
| | 5. | Received out of time from date of the reviewing authority's response. |
| | 6. | You cannot appeal a non-response. See OP-090124 section V.B.1.b.(8) (Request to Staff) or VI.C.4. (grievance). |
| | 7. | Inmate on grievance restriction and/or proper documentation not included. See OP-090124, section X.B.2.a. |
| | 8. | Must be legibly written in blue or black ink. No pencil or other color of ink is allowed. No doodling or writing in margins. |
| | 9. | Attachments to the grievance/appeal (no additional pages allowed except affidavit if required). |
| | 10. | Not an issue grievable to Oklahoma Department of Corrections (Private prison property, misconduct, litigation pending, not within/under the authority/control of the Department of Corrections) |
| | 11. | More than one issue or the complaint and relief requested are not consistent on the Request to Staff and grievance. |
| | 12. | Not of a sensitive nature. You must follow the standard grievance process including giving the reviewing authority an opportunity to respond. Emergency grievances must be submitted to the reviewing authority. See OP-090124, section IX.A. |
| | 13. | Requests for disciplinary action against staff or monetary compensation will not be addressed in the grievance process. |
| | 14. | Appeal form not signed/dated. |
| | 15. | The ruling of the Administrative Review Authority or Director's Designee is final. |
| | 16. | Facility grievance number not listed on the appeal form. |
| | 17. | Additional issues submitted in the grievance appeal and not presented in the initial grievance to the reviewing authority for response will not be addressed by this office. |
| | 18. | You have failed to follow previous instructions from the reviewing authority or ARA for filing this grievance/appeal and/or properly resubmit. YOU ARE NOW OUT OF TIME. |
| | 19. | You did not provide the date that you received the reviewing authority's response on the appeal form. |
| | 20. | This grievance is unanswerable as there are no time frames specified for the alleged action(s) to have occurred |
| | 21. | You failed to identify your grounds for an appeal by checking one, or both boxes on the appeal form. |
| | 22. | Your appeal must be written on the Misconduct/Grievance Appeal form (DOC060125Veffective 4/19). |
| | 23. | You will be afforded ONE FINAL opportunity to properly resubmit your corrected grievance or appeal which must be received in ARA within ten (10) days of receipt of this form. DO NOT RETURN THIS FORM WITH YOUR CORRECTED APPEAL. |
| X | 24. | Other:  RE: IMPROPERLY SUBMITTED GRIEVANCE FORM. YOU MUST PROPERLY SUBMIT YOUR GRIEVANCE TO THE REVIEWING AUTHORITY AT JHCC, NOT THE DIRECTOR. SEE OP-090124, SECTION VI.B. |

THIS OFFICE WILL NOT PROCESS INCOMPLETE/INACCURATE/OUTDATED APPEAL FORMS
NOTE: Abuse of the grievance process as explained in section IX of OP-090124, will result in restrictions being imposed.

I acknowledge receipt of this response: _____



OKLAHOMA
Corrections

PO Box 11400    OKLAHOMA CITY, OKLAHOMA 73136    405-425-2682 (OFFICE)    405-425-2683 (FAX)    http://doc.ok.gov

**Exhibit 1** 5 of 11

INMATE/OFFENDER GRIEVANCE

JHCC
WARDEN'S OFFICE

Grievance no. 20-054

Grievance code: 3

Response due: _____

MAY 06 2020

RECEIVED

DO NOT WRITE ABOVE THIS LINE

Date  4-28-20

Facility or Unit  JHCC

Name  William L. Harding
(Print)

Facility Housing Unit  D1-117

DOC Number  234-134

Date "Request to Staff" response received: _____

Have you previously submitted a grievance on this same issue? Yes  If yes, what date 4-1-20 facility
Doc, Dir., grievance # ? . You must submit this completed original within 15 days of the receipt of the
response to the "Request to Staff". The "Request to Staff" must have been submitted within 7 days of the incident.
Do not include/attach anything to this grievance except the "Request to Staff" including the response. You may
quote from or make reference to statutes, operations, field, or administrative memoranda, department publications
(time sheets, inventory forms, assessments, etc.). You will be permitted only one opportunity to correct any
error(s) made in submitting your grievance.

1.  The nature of your complaint.  This statement must be specific as to the complaint, dates, places,
personnel involved, and how you were affected.  One issue or incident per grievance.  Use backside of
this page only, if necessary. On 3-11, 18-20 i filed a RTS # JHCC-1257,
& JHCC 12610 both of the same issue. I was laid in from OCI
w. Fact for building a work bench, a claim of raising my
voice to Anthony Wiechec. Mr Wiechec laid me in for once wee
I took 5$ an hour from my pay. Please refer to above RTS for

2.  Informal action taken (including dates) to resolve the complaint, as well as the names of those employees
from whom you sought an answer to your grievance. None - Informed that there
is an ongoing investigation by OIG, I was question
by Sherry Mills & Matt Perry

3.  The action you believe the reviewing authority may lawfully take. To retain job at OCI
Furniture factory, be paid for all days laid in, paid for work done
for Anthony Wiechec @ 50⁰⁰ each total of $350⁰⁰ for 7 pcs - "Serving
trays & Cutting board"

Grievance report sent to (warden/facility head/deputy director//correctional health services administrator):
Reviewing Authority @ JHCC ?

Name _____

Signature of Grievant

Title  4-28-20  2nd time

Date Sent to Reviewing Authority

DOC 090124A (R 4/19)

1. Original to file
2. Copy to inmate/offender

**Exhibit 1**
**Plaintiffs Petition  35**

SCOTT CROW
DIRECTOR



J. KEVIN STITT
GOVERNOR

STATE OF OKLAHOMA

OKLAHOMA DEPARTMENT OF CORRECTIONS
JOSEPH HARP CORRECTIONAL CENTER

TO:            Harding, William DOC 234134
LOCATION:      Joseph Harp Correctional Center
FROM:          Luke Pettigrew, Warden
DATE:          May 11, 2020
RE:            Grievance 20-054

*A copy of your original grievance correspondence is being returned unanswered for the following reason(s):*

| XX | 1.  | No informal action/Request to Staff response or evidence of submission attached. |
|----|-----|----------------------------------------------------------------------------------|
|    | 2.  | Out of time from date of incident. RTS must be submitted within (7) calendar days of the incident. |
|    | 3.  | Grievances must be submitted (15) calendar days from the date of the receipt of the response to the Request to Staff |
|    | 4.  | You are on grievance restriction and/or proper documentation not included. |
|    | 5.  | Grievances shall not be submitted about matters that are in the course of litigation. |
|    | 6.  | No person may submit a grievance on behalf of another person. |
|    | 7.  | Must be legibly written in blue or black ink. No pencil, highlighters or other color of ink is allowed. |
|    | 8.  | No additional pages or attachments are allowed. Only the front and back of the form may be used. |
|    | 9.  | Grievances shall not be submitted requesting monetary compensation. |
|    | 10. | Grievances shall not be submitted that include requests for disciplinary action against staff. |
|    | 11. | Not of a sensitive/emergency nature. Follow the standard grievance process. |
|    | 12. | Only one issue or incident allowed per grievance form. You have two (2) different issues stated in the grievance and RTS. |
|    | 13. | Grievance not signed/dated or addressed to the appropriate administrator. The "Date sent to Reviewing Authority Was left blank. |
|    | 14. | Additional issues submitted in the grievance and not detailed in the initial Request to Staff |
|    | 15. | Only the current and correct DOC grievance (OP-090124A- Revised 4/2019) and Request to Staff forms will be accepted |
|    | 16. | An issue to which is not grievable by the Oklahoma Department of Corrections. |
|    | 17. | This grievance is unanswerable as there are no time frames specified from the alleged action to have occurred. |
|    | 18. | Original "Offender Grievance Report Form" was not submitted. A new grievance form will need to be resubmitted. |
|    | 19. | You have ten (10) days to resubmit this grievance correctly, if you fail to do so, you will be considered out of time. |
| XX | 19. | Other: Grievance returned unanswered due to matter is currently still pending investigation with OFAI. |

<u>Note:</u> All of the information contained herein may be in found in OP-090124. It is your responsibility to properly submit your grievance correspondence to the appropriate staff person in accordance with OP-090124.

Inmate Signature _____     Date _____

Staff Witness Signature _____     Date _____


**Exhibit 1**
**Plaintiffs Petition  36**

To whom it may Concern

I Wade Edwards was called up to talk to the internal affairs at the Administration office at JHCC Concerning William Harding I was asked about some things that Concerned him at OCI furniture factory. I was asked about some hobby craft items that Mr. Harding was souposed to make for Anthony our Department at the furniture factory. I never heard any deals being made but me and several others ate the Donuts that was souposed to be payment for such items.

I was also at the Production meeting when our boss really dissrispected Mr Harding. Anthony really got out of hand the way he approached Mr Harding in front of approx 15 people. We were just told a couple of weeks prior at another meeting if we had a problem on the floor go to the floor boss and thats what Mr Harding did.

On our way out that same afternoon the CO at the furniture shop informed Mr Harding that he was laid in and would loose a nickle in Pay.

Wade Edwards

6-7-2020

Exhibit 1
Plaintiffs Petition  37

To whom it may concern,

I write this statement based upon my presence only in two aspects, and I will in no way speak disparaging remarks about either party involved. It is my opinion that this could have been resolved with a simple conversation, of which I myself feel partially responsible.

First off, my name is Christopher Blount. I have been the Shop head at the furniture factory for many years. I am not given any authority over other inmates. I am simply responsible for relaying certain expectations on production, and training/ quality assurance.

An incident occurred in which another offender was suspected of "hobby-craft" and said offender was to be laid in for one week. I told said offender that I had no influence upon this decision, but after multiple other inmates informed me that a different offender had made this "hobby-craft" I explained to the staff that another offender was responsible. I refused to inform them of who this offender was. At this point it was agreed that the original offender in question would not be laid in.

As the Shop head, I failed in my influence. When the party responsible for "hobby-craft" asked me if they should "confess," I told him "NO - LEAVE IT ALONE." For that, I was wrong, and I believe much of this could have been avoided had I guided with proper judgment. I made that recommendation in error because I felt (my opinion only) that the involved party would be punished regardless. My original primary purpose was to see that another

**Exhibit 1**
**Plaintiffs Petition  38**

Later on, we had a sales order discussion in which the issue of the hobby craft was broached. Character qualities were challenged, at which point Mr. Harding spoke up and took responsibility. Was he visibly upset? Yes. Did he raise his voice? Not in my opinion. He was told they could discuss the issue after the meeting.

These two factors are the ones I was a direct party to, and in day-to-day business was not out of the ordinary. Anything else would be based upon speculation and gossip. I have much respect for both parties involved, and the only negative opinion I have is the fact that both parties have not resolved this through proper communication, of which I also feel responsible.

Christopher L. Blount #216635

**Exhibit 1**
**Plaintiffs Petition  39**

Date\Time: 6/10/2020 9:08:38 AM

ODOC

Institution: JHCC

**Offender Statement Report**

| Offender# | Offender/Group Name | Institution | Unit | Cell/Bed |
|---|---|---|---|---|
| 0234134 | HARDING, WILLIAM | JHCC | D | 1-117-BOT |

## Transaction List

| Transaction Date | Transaction Type | Source Document # | Receipt#/Check# | Sender Name | Amount | Account Balance |
|---|---|---|---|---|---|---|
| 12/01/2019 | BEGINNING BALANCE | | | | | $352.72 |
| 12/18/2019 | OCI PAY | 4242204 | | | $113.80 | $466.52 |
| 12/23/2019 | SALES | 26 | | | ($54.84) | $411.68 |
| 12/25/2019 | JPAY | 0000000109930278 | | GUERRA, EMILIANO | $50.00 | $461.68 |
| 12/27/2019 | DISBURSEMENT | GTL | 13585308 | | ($20.00) | $441.68 |
| 12/27/2019 | DISBURSEMENT FEE | | | | ($0.55) | $441.13 |
| 01/02/2020 | GROUP TRANSFER OUT | 234134 HG-13 | | | ($15.90) | $425.23 |
| 01/06/2020 | SALES | 10 | | | ($36.25) | $388.98 |
| 01/13/2020 | SALES | 15 | | | ($18.88) | $370.10 |
| 01/24/2020 | OCI PAY | JHCC JAN 2020 OCI | | | $120.85 | $490.95 |
| 01/27/2020 | SALES | 26 | | | ($74.43) | $416.52 |
| 02/10/2020 | SALES | 29 | | | ($24.93) | $391.59 |
| 02/25/2020 | OCI PAY | 4242204 | | | $117.45 | $509.04 |
| 03/02/2020 | SALES | 10 | | | ($70.52) | $438.52 |
| 03/09/2020 | GROUP TRANSFER OUT | 234134 PJ-014 | | | ($23.30) | $415.22 |
| 03/13/2020 | HOBBY CRAFT | T-18856/SPEARS | 83205 | | $136.18 | $551.40 |
| 03/13/2020 | SALES TAX | T-18856/SPEARS | | | ($6.18) | $545.22 |
| 03/13/2020 | SURCHARGE | T-18856/SPEARS | | | ($30.00) | $515.22 |
| 03/16/2020 | SALES | 14 | | | ($49.85) | $465.37 |
| 03/19/2020 | OCI PAY | 4242204 | | | $55.96 | $521.33 |
| 03/23/2020 | DISBURSEMENT | PRIME PRODUCTS USA | 13593471 | | ($11.50) | $509.83 |
| 03/23/2020 | DISBURSEMENT FEE | | | | ($0.55) | $509.28 |
| 03/26/2020 | GROUP TRANSFER OUT | 234134 H-009 | | | ($37.35) | $471.93 |
| 03/26/2020 | SALES | 42 | | | ($26.90) | $445.03 |
| 03/30/2020 | LEGAL COPAY | JHC 3/17/20 ENV | | | ($0.10) | $444.93 |
| 03/30/2020 | LEGAL COPAY | JHC 3/17/20 | | | ($1.60) | $443.33 |
| 04/01/2020 | GROUP TRANSFER OUT | 234134 PHOTOS | | | ($7.50) | $435.83 |
| 04/09/2020 | SALES | 30 | | | ($10.31) | $425.52 |
| 04/30/2020 | GANG PAY | *Hot OCI* | | | $14.45 | $439.97 |
| 05/04/2020 | LEGAL COPAY | ARA 20-128 | | | ($2.00) | $437.97 |
| 05/13/2020 | SALES | 82 | | | ($8.68) | $429.29 |
| 05/13/2020 | LEGAL COPAY | JHC 4/13/20 ENV/NOT | | | ($1.10) | $428.19 |
| 05/13/2020 | LEGAL COPAY | JHC 4/18/20 ENV/PSTG | | | ($1.17) | $427.02 |
| 05/21/2020 | OCI PAY | 4242204 | | | $15.00 | $442.02 |
| 05/21/2020 | LEGAL COPAY | JHC 4/18/20 ENV/PSTG | | | ($1.33) | $440.69 |
| 05/21/2020 | LEGAL COPAY | JHC 4/22/20 NOTARY | | | ($1.00) | $439.69 |
| 05/28/2020 | LEGAL COPAY | JHC 4/28/20 PSTG | | | ($0.50) | $439.19 |
| 06/02/2020 | LEGAL COPAY | JHC 5/6/20 PSTG | | | ($0.50) | $438.69 |
| 06/03/2020 | SALES | 24 | | | ($8.04) | $430.65 |

## Summary Balances

| Available Balance | Savings Balance | Debt Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|
| $0.63 | $430.02 | $0.00 | $0.00 | $0.00 | $0.00 | $430.65 |

*This Shows money lost from* **Exhibit 1**

*OCI minimizing*

**Plaintiffs Petition 40**

Numbers for Paupers Affidavit appear in bold below.

|      | Deposit   | Balance   |
|------|-----------|-----------|
| Dec  | $163.80   | $441.13   |
| Jan  | $120.85   | $416.52   |
| Feb  | $117.45   | $509.04   |
| Mar  | $192.14   | $443.33   |
| Apr  | $14.45    | $439.97   |
| May  | $15.00    | $439.19   |
| Avg  | $ 103.95  | $ 448.20  |
| 20%  | $ 20.79   | $ 89.64   |

Months                    6

**Exhibit 1**
**Plaintiffs Petition  41**

PAYER'S name, street address, city, state, and ZIP code
STATE OF OKLAHOMA
DEPARTMENT OF CORRECTIONS
PO BOX 11400
OKLAHOMA CITY, OK 73136-0400
405-425-2656

| | | OMB No. 1545-0115 | |
| --- | --- | --- | --- |
| 1 Rents | | | |
| 2 Royalties | | **2019** | Miscellaneous |
| 3 Other Income | 4 Fed income tax withheld | Form **1099-MISC** | Income |

PAYER'S Federal Tax ID
73-6017987

RECIPIENT'S Identification No.
XXXXX4771

RECIPIENT'S Name and Address

HARDING WILLIAM
3400 N MARTIN LUTHER KING AVE
OKLAHOMA CITY, OK 73111

| 5 Fishing boat proceeds | 6 Med & health care pmts |
| --- | --- |
| $     1036.03 | |
| 7 Nonemployee Compensation | 8 Pmts in lieu of Div or Int |
| 9 Payer made direct sales of $5000 or more of consumer products [ ] | 10 Crop insurance proceeds |
| 11 | 12 |
| 13 Excess Golden Par Pmts | 14 Gross paid to an attorney |

Account Number
550

| 15a Sec 409A deferrals | 15b Sec 409A income | 16 State tax withheld | 17 State/Payer's state no. | 18 State Income |
| --- | --- | --- | --- | --- |

Copy 2
To be filed with recipient's state income tax return, when required.

Department of the Treasury - Internal Revenue Service

STATE OF OKLAHOMA
DEPARTMENT OF CORRECTIONS
PO BOX 11400
OKLAHOMA CITY, OK 73136-0400

┌─────────────────────────────────┐
│ Important Tax Return Document Enclosed │
└─────────────────────────────────┘

HARDING WILLIAM
3400 N MARTIN LUTHER KING AVE
OKLAHOMA CITY, OK 73111

Exhibit 1
Plaintiffs Petition  42



Exhibit 1
Plaintiffs Petition  43



OKLAHOMA CITY OK 730

17 AUG 2021 PM 5 L

FOREVER / USA

Alex Lunn
4722 Lynn St
Guthrie, OK
73044

*RECEIVED*

AUG 19 2021

*GENERAL COUNSEL*

Office of the general counsel
Oklahoma Dept of Corr.
3400 Martin Luther King Ave
Oklahoma City, Oklahoma
73136

73111-429899

**Exhibit 1**
**Plaintiffs Petition  44**